UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LINDA S. GOSS-KOZIC,** *individually and as Administratrix of the Estate of Gerard J. Kozic, Deceased*, | : <br> : <br> :  CIVIL ACTION NO. 3:15-1479 <br> : <br> :  (JUDGE MANNION) |
| **Plaintiff,** | : |
| v. | : |
| **ROSS TOWNSHIP,** *et al.* | : |
| **Defendants.** | : <br> : |

## O R D E R

In accordance with the Memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

**(1)** the motion for leave of court to file an amended complaint, (Doc. 47), filed by the plaintiff, Linda S. Goss-Kozic, individually and as Administratrix of the Estate of Gerard J. Kozic, Deceased, is **DENIED**;

**(2)** the motion to dismiss the original complaint filed by the defendants Ross Township and Ross Township Supervisors Howard Beers, Russell Kresge, Jr., and Tina Drake, (Doc. 22), is **GRANTED**;

**(3)** the motion to dismiss the original complaint filed by the defendant, Ross Township Solicitor, John Dunn, (Doc. 29), is **GRANTED**;

**(4)** the motion to dismiss the original complaint filed by the defendant, Sheriff of Monroe County, Todd Martin, (Doc. 19), is **GRANTED**; and

**(5)** the original complaint, (Doc. 1), is dismissed with prejudice.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATED: August 29, 2016**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2015 MEMORANDA\15-1479-01-order.wpd