**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **LINDA S. GOSS-KOZIC,** *individually and as Administratrix of the Estate of Gerard J. Kozic, Deceased*, | : : : | **CIVIL ACTION NO. 3:15-1479** |
| **Plaintiff** | : : | **(JUDGE MANNION)** |
| **v.** | : : | |
| **ROSS TOWNSHIP,** *et al.,* | : : | |
| **Defendants** | | |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT** the plaintiff's motion for reconsideration, (Doc. 56), seeking reconsideration of the court's August 29, 2016 Memorandum and Order dismissing the above-captioned action with prejudice based on the plaintiff's failure to state a valid claim, (Docs. 54–55), is **DENIED**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION
United States District Judge**

**Dated:   November 10, 2016**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2015 MEMORANDA\15-1479-02-Order.wpd